UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | No. **08 CR 592** |
|---|---|---|
| v. | ) | Violations: Title 18, United States Code, Section 473 |
| BRIAN BROWN | ) | **JUDGE PALLMEYER** |

**COUNT ONE**          **MAGISTRATE JUDGE KEYS**

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about June 3, 2008, at Chicago Heights, in the Northern District of Illinois, Eastern Division,

BRIAN BROWN,

defendant herein, did sell, exchange, transfer, and deliver false and altered obligations of the United States, namely, approximately $700 in altered United States Federal Reserve Notes, with the intent that the same be passed, published, and used as true and genuine;

In violation of Title 18, United States Code, Section 473.

**FILED**

JUL 2 4 2008 TC
Jul 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 10, 2008, at Chicago Heights, in the Northern District of Illinois, Eastern Division,

BRIAN BROWN,

defendant herein, did sell, exchange, transfer, and deliver false and altered obligations of the United States, namely, approximately $200 in altered United States Federal Reserve Notes, with the intent that the same be passed, published, and used as true and genuine;

In violation of Title 18, United States Code, Section 473.

## **COUNT THREE**

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 11, 2008, at Chicago Heights, in the Northern District of Illinois, Eastern Division,

BRIAN BROWN,

defendant herein, did sell, exchange, transfer, and deliver false and altered obligations of the United States, namely, approximately $1300 in altered United States Federal Reserve Notes, with the intent that the same be passed, published, and used as true and genuine;

In violation of Title 18, United States Code, Section 473.

## **COUNT FOUR**

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 24, 2008, at Chicago Heights, in the Northern District of Illinois, Eastern Division,

BRIAN BROWN,

defendant herein, did sell, exchange, transfer, and deliver false and altered obligations of the United States, namely, approximately $1400 in altered United States Federal Reserve Notes, with the intent that the same be passed, published, and used as true and genuine;

In violation of Title 18, United States Code, Section 473.

## COUNT FIVE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about July 1, 2008, at Chicago Heights, in the Northern District of Illinois, Eastern Division,

BRIAN BROWN,

defendant herein, did sell, exchange, transfer, and deliver false and altered obligations of the United States, namely, approximately $1400 in altered United States Federal Reserve Notes, with the intent that the same be passed, published, and used as true and genuine;

In violation of Title 18, United States Code, Section 473.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY