Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| CASE NUMBER | 08 GJ 677 | DATE | July 24, 2008 |
| CASE TITLE | US v. BRIAN BROWN | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the ___SPECIAL JUNE 2007___ Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge _Michael T. Mason_

**Docket Entry:**

TO ISSUE BENCH WARRANT, THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE SECTION 3142.

**JUDGE PALLMEYER**

**MAGISTRATE JUDGE KEYS**

**08 CR 592**

**FILED**
JUL 2 4 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing | |
| | Notices mailed by judge's staff. | | dpty. initials | |
| | Notified counsel by telephone. | | Date mailed notice | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | Mailing | |
| | Copy to judge/magistrate judge. | | dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |