# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 592 - 1 | **DATE** | 8/13/2008 |
| **CASE TITLE** | USA vs. Brian Brown | | |

**DOCKET ENTRY TEXT**

Arraignment set for 9/4/2008 at 10:00.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|