UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 592 |
| | ) | |
| BRIAN BROWN | ) | Judge Rebecca R. Pallmeyer |

**PETITION FOR WRIT OF HABEAS CORPUS *AD PROSEQUENDUM***

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

> Name: Brian Brown
> Date of Birth: December 7, 1986
> Sex: Male
> Race: Black

has been and now is, in due form and process of law, detained in the following institution:

> Will County Adult Detention Center, Will County, Illinois

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with a violation of Title 18 U.S.C. § 473, and is now wanted in such division and district on September 4, 2008 at 10:00 a.m. for arraignment before Judge Rebecca R. Pallmeyer, Courtroom 2119.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus *Ad Prosequendum* directed to the following persons:

Mr. Kim Widup  
U.S. Marshal  
U.S. Marshal's Service  
219 S. Dearborn St., Suite 2444  
Chicago, Illinois 60604

Sheriff Paul Kaupas  
Will County Adult Detention Facility  
14 W. Jefferson  
Joliet, Illinois 60432

commanding them to produce the body of the prisoner before this Court at the specified time and date, and that the prisoner shall be so produced pursuant to the Writ, and that when these proceedings have been so terminated, that BRIAN BROWN be returned forthwith to said institution from which he was brought.

                Respectfully submitted,

                PATRICK J. FITZGERALD  
                United States Attorney

By:   s/ Steven A. Block  
       STEVEN A. BLOCK  
       Assistant U. S. Attorney  
       (312) 886-7647

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 592 |
| | ) | |
| BRIAN BROWN | ) | Judge Rebecca R. Pallmeyer |

**WRIT OF HABEAS CORPUS *AD PROSEQUENDUM***

To:   Mr. Kim Widup                                  Sheriff Paul Kaupas
        U.S. Marshal                                       Will County Adult Detention Facility
        U.S. Marshal's Service                        14 W. Jefferson
        219 S. Dearborn St., Suite 2444         Joliet, Illinois 60432
        Chicago, Illinois 60604

WE COMMAND YOU that you do, at 10:00 a.m. on September 4, 2008, bring or cause to be brought before the Honorable Rebecca R. Pallmeyer, Judge, United States District Court for the Northern District of Illinois, Eastern Division, in the United States Court House, Chicago, Illinois, the body of:

        Name:                   Brian Brown
        Date of Birth:         December 7, 1986
        Sex:                      Male
        Race:                    Black

who has been and now is, in due form and process of law, incarcerated in the following institution:

        Will County Adult Detention Center, Will County, Illinois

and who is wanted for arraignment before this Court on said date and at said time.

AND FURTHER, that at the termination of the proceedings before this Court, that you return said prisoner to said institution under safe and secure conduct.

AND HAVE YOU THEN AND THERE THIS WRIT.

To the Marshal of the Northern District of Illinois to execute.

WITNESS:    The Honorable Judge Rebecca R. Pallmeyer
Judge of the United States District Court for the
Northern District of Illinois, Eastern Division,

this ____day of August, 2008

MICHAEL W. DOBBINS
C L E R K

D E P U T Y

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 592 |
| | ) | |
| BRIAN BROWN | ) | Judge Rebecca R. Pallmeyer |

## **O R D E R**

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

| | |
|---|---|
| Name: | Brian Brown |
| Date of Birth: | December 7, 1986 |
| Sex: | Male |
| Race: | Black |

has been and now is, in due process of law, incarcerated in the following institution:

Will County Adult Detention Center, Will County, Illinois

and that said defendant is charged in the above-captioned case with a violation of Title 18, United States Code, Section 473, and that said defendant should appear in this case in the United States District Court at Chicago, Illinois on September 4, 2008 at 10:00 a.m. for arraignment before Judge Rebecca R. Pallmeyer,  Courtroom 2119.

   IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| Mr. Kim Widup | Sheriff Paul Kaupas |
| U.S. Marshal | Will County Adult Detention Facility |
| U.S. Marshal's Service | 14 W. Jefferson |
| 219 S. Dearborn St., Suite 2444 | Joliet, Illinois 60432 |
| Chicago, Illinois 60604 | |

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas

Corpus *Ad Prosequendum* , directed to said persons, so commanding them, be issued by the Clerk of this Court.

        E N T E R:

_____
Hon. Rebecca R. Pallmeyer
United States District Judge

DATED at Chicago, Illinois
this _____ day of August, 2008