## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 592 - 1 | **DATE** | 8/18/2008 |
| **CASE TITLE** | USA vs. Brian Brown | | |

**DOCKET ENTRY TEXT**

Petition for Writ of Habeas Corpus *Ad Prosequendum* [5] granted. Order Writ Of Habeas Corpus *Ad Prosequendum* to issue returnable as to Brian Brown, to appear for arraignment on September 4, 2008 at 10:00 a.m., before Judge Rebecca R. Pallmeyer, at the courtroom located at 219 S. Dearborn, Courtroom 2119, Chicago, Illinois 60604. Enter Order.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

Writs issued

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|

2008 AUG 18 PM 5:53
FILED-FCT