UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 592 |
| | ) | |
| BRIAN BROWN | ) | Judge Rebecca R. Pallmeyer |

### ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name:                    Brian Brown
Date of Birth:
Sex:
Race:

has been and now is, in due process of law, incarcerated in the following institution:

Will County Adult Detention Center, Will County, Illinois

and that said defendant is charged in the above-captioned case with a violation of Title 18, United States Code, Section 473, and that said defendant should appear in this case in the United States District Court at Chicago, Illinois on September 4, 2008 at 10:00 a.m. for arraignment before Judge Rebecca R. Pallmeyer, Courtroom 2119.

IT IS THEREFORE ORDERED that the following persons:

Mr. Kim Widup                                        Sheriff Paul Kaupas
U.S. Marshal                                         Will County Adult Detention Facility
U.S. Marshal's Service                               14 W. Jefferson
219 S. Dearborn St., Suite 2444                      Joliet, Illinois 60432
Chicago, Illinois 60604

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas

Corpus *Ad Prosequendum*, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
Hon. Rebecca R. Pallmeyer
United States District Judge

DATED at Chicago, Illinois
this ____ day of August, 2008