## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 592 - 1 | **DATE** | 9/4/2008 |
| **CASE TITLE** | USA vs. Brian Brown | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. 16.1 conference to be held by or on 9/18/2008. Pretrial motions to be filed by or on 10/2/2008. Government's response to be filed by or on 10/9/2008. Detention hearing set for 9/15/2008 at 10:00. Status hearing set for 10/15/208 at 8:45. Defendant is remanded into the custody of the U. S. Marshals Service. Defendant to be held in custody pending further proceedings. Excludable time to begin pursuant to 18:3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | ETV |
|---|---|---|